```
                                    FILED _____ LODGED
                                    _____ RECEIVED

                                    MAY 03 2017

                                    CLERK U.S. DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON AT TACOMA
                              BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| United States of America, | CASE NO. CR17-5089-BHS |
| Plaintiff, | |
| v. | ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES |
| Richard Paul D. Cabrera, | |
| Defendant. | |

THIS MATTER comes on for hearing on the Petition of the United States Pretrial Services Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, Marci Ellsworth;

The defendant appears personally and represented by counsel, Phil Brennan;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) that defendant's Appearance Bond could be revoked and defendant detained pending resolution of the underlying charges in the Complaint/Indictment/Information if found to be in violation of supervision.

ORDER RE: ALLEGATIONS OF VIOLATION OF
CONDITIONS OF SUPERVISION BY UNITED
STATES PRETRIAL SERVICES - 1

The defendant having

( X ) acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following bond conditions as set forth below:

    1) Using methamphetamine on or about April 3, 2017.

( ) been found to be in violation of his bond as set forth below after a hearing before the undersigned:

The court having determined that the defendant violated the conditions of his/her Appearance Bond, Now therefore defendant's Appearance Bond is hereby:

( ) continued in effect.

( ) modified as follows:

( X ) revoked, and the defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 3 day of May ~~March~~, 2017.

                                                           *[signature]*
                                                         David W. Christel
                                                         United States Magistrate Judge