Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD CABRERA,<br><br>    Defendant. | No. CR17-5089RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

Defendant's Appearance Bond executed July 7, 2017 is modified to remove the condition that he reside in a residential reentry center.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 16th day of February, 2018.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1